**Ronald William SINGSON, Plaintiff–Appellant,**

v.

**E. ROE; et al., Defendants–Appellees.**

No. 02–56887.

D.C. No. CV–02–06835–CBM.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 24, 2003.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

### MEMORANDUM**

Ronald W. Singson appeals pro se the district court's order denying him leave to file his civil rights complaint in forma pauperis. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion a denial of leave to proceed in forma pauperis, *Calhoun v. Stahl,* 254 F.3d 845, 845 (9th Cir.2001), and we affirm.

The district court did not abuse its discretion in denying Singson leave to file in forma pauperis because Singson failed to authorize disbursements from his trust account to pay the filing fee in accordance with 28 U.S.C. § 1915(b). *See* 42 U.S.C.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

§ 1997(e)(a); *Page v. Torrey,* 201 F.3d 1136, 1139 (9th Cir.2000).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.